Argued February 28, affirmed March 5, 1929.

## OAKLEY SMITH *v.* H. L. CHAPIN.

(274 Pac. 1098.)

For appellant there was a brief over the name of *Mr. E. L. McDougal* with an oral argument by *Mr. Randall S. Jones.*

For respondent there was a brief over the name of *Messrs. Vinton & Tooze* and *Mr. Eugene E. Marsh* with oral arguments by *Mr. Walter L. Tooze* and *Mr. W. T. Vinton.*

PER CURIAM.—This is the companion case to *Agee* v. *Chapin, ante,* p. 526 (274 Pac. 1097), and the judgment is affirmed for the reasons stated in that case.                                                AFFIRMED.